**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.  8:16-cv-_____-___-___

**KARINA HENSBERRY,**

    Plaintiff,

*v.*

**NAVIENT SOLUTIONS, INC.,**

    Defendant.

_____/

## DEFENDANT NAVIENT SOLUTIONS, INC.'S NOTICE OF REMOVAL

### I. INTRODUCTION

Defendant Navient Solutions, Inc. (**NSI**) removes this action from the Sixth Judicial Circuit Court of Florida to the United States District Court for the Middle District of Florida. The action, which alleges NSI violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, arises under federal law and can be removed under 28 U.S.C. § 1441(a).

### II. PROCEDURAL COMPLIANCE

1.    NSI timely removed this action under 28 U.S.C. § 1446(b).  Plaintiff Karina Hensberry served NSI with the complaint and summons on October 3, 2016, and NSI removed the lawsuit 21 days later on October 24, 2016.  *See* 28 U.S.C. § 1446(b) (removal notice must be filed "within 30 days after receipt by defendant through service or otherwise, of a copy of the initial pleading"); *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 356 (1999) (holding 30-day time period does not accrue until a party is served).

2. NSI compiled with 28 U.S.C. § 1446(a) by submitting with this notice copies of the process, pleadings, and orders from the state court file.  (**COMPOSITE EXHIBIT A**).  NSI has also served Ms. Hensberry and the Clerk of the Circuit Court with a *Notice of Filing of Notice of Removal* as required by 28 U.S.C. § 1446(d).  *See* (**EXHIBIT B**) (notice without exhibits).  The grounds for removal are set forth below.

3. Removal of the action to the Tampa division of this Court is proper under 28 U.S.C. § 1441(a).  The state court action was pending in the Sixth Judicial Circuit in Pinellas County, Florida, and the Tampa division of this Court covers actions arising in Pinellas County, Florida.  *See* M.D. FLA. L.R. 1.02(b)(4).

4. By this removal, NSI does not intend to waive any defenses, including, but not limited to, the argument that this action should be stayed or dismissed in favor of arbitration.

### III. GROUNDS FOR REMOVAL

5. Ms. Hensberry filed this action, styled *Karina Hensberry v. Navient Solutions, Inc.*, Case No. 2016-CI-006325, on September 29, 2016 in the Sixth Judicial Circuit Court of Florida in Pinellas County, Florida.  The two-count complaint alleges NSI violated the Florida Consumer Collections Practices Act, FLA. STAT. 559.72 (**FCCPA**), and Telephone Consumer Protection Act, 47 U.S.C. § 227 (**TCPA**).

6. Removal is allowed because this Court has original jurisdiction over Count II, alleging a violation of federal law, under 28 U.S.C. § 1331.  The Court may exercise supplemental jurisdiction over Count I, alleging a violation of Florida law, because the state law claim is so related to the federal law claim that the claims "form part of the same case or controversy."  *See* 28 U.S.C. §§ 1441(a) and 1367(a).  Both counts are based on the same

factual allegations, same legal theories, and same or similar defenses.  *See* (Compl. ¶ 36) (alleging NSI violated the FCCPA by using an autodialer and violating TCPA).

## IV.  CONCLUSION

Removal is proper because the case falls within this Court's jurisdiction under 28 U.S.C. §§ 1331, 1367, and 1441.  All procedural requisites for removal have been met.  NSI respectfully requests the Court conduct all further proceedings in this case.

Date:  October 24, 2016

Respectfully submitted,

**AKERMAN LLP**

By: */s/ David A. Karp*
HEATHER L. FESNAK
Florida Bar No. 85884
heather.fesnak@akerman.com
DAVID A. KARP
Florida Bar No. 69226
david.karp@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, Florida  33602-5250
Telephone:  (813) 223-7333
Facsimile:  (813) 223-2837

- and -

WILLIAM P. HELLER
Florida Bar No. 987263
william.heller@akerman.com
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, Florida  33301-2229
Telephone:  (954) 463-2700
Facsimile:  (954) 463-2224

*Attorneys for defendant Navient Solutions Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2016, the foregoing has been filed with the Court and served through the Court's CM/ECF system on plaintiff's counsel **Christie D. Arkovich, Esq.,** Christie D. Arkovich, P.A., 1520 W. Cleveland Street, Tampa, FL  33606 (cdalaw@tampabay.rr.com).

*/s/ David A. Karp*
David A. Karp
